UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SNARD D. SAINT LOUIS,

        Plaintiff,

  - against -

CENTRAL TRANSPORT,

        Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
17-CV-7223 (RRM) (LB)

      A Memorandum and Order of the undersigned having been issued this day dismissing this action and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that the plaintiff take nothing of the defendant, that all claims brought by the plaintiff are dismissed, and that this case is hereby closed.

SO ORDERED.

Dated: Brooklyn, New York
       March 26, 2021

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge